IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHAN REMSEN,<br>     Defendant. | Case No.: 3:21-CR-26 (CAR) |

## Notice of Appeal

Notice is hereby given that Mr. Jonathan Remsen, Defendant-Appellant in the above-styled case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's judgment filed November 15, 2023. R121.

Dated this 28th day of November, 2023.

                Respectfully submitted,

                *s / Jonathan R. Dodson*
                JONATHAN R. DODSON
                Assistant Federal Defender
                FL Bar No. 0050177

                Federal Defenders of the
                Middle District of Georgia, Inc.
                440 Martin Luther King, Jr. Boulevard
                Suite 400
                Macon, Georgia 31201
                Tel: (478) 743-4747
                Fax: (478) 207-3419
                E-mail:  jonathan_dodson@fd.org

**Certificate of Service**

I, Jonathan R. Dodson, hereby certify that, on November 28, 2023, I caused the foregoing *Notice of Appeal* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

*s / Jonathan R. Dodson*
JONATHAN R. DODSON
Assistant Federal Defender
FL Bar No. 0050177

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King, Jr. Boulevard
Suite 400
Macon, Georgia 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
E-mail: jonathan_dodson@fd.org